UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN M. POWELL, BRIAN JORDAN, JAMES V. MORGAN, JOHN DOUGHTERTY, KENNETH R. BOYD, TERRY KRAMER, as Trustees on behalf of UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>DONNA KENDALL,<br><br>    Defendant. | Case No. 10-6201 |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

  Plaintiffs, Steven M. Powell, Brian Jordan, James V. Morgan, John Doughterty, Kenneth R. Boyd, Terry Kramer, as Trustees on behalf of United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, having entered into a consent judgment with Defendant, Donna Kendall, moves herein for entry of a consent judgment.

  WHEREFORE, Plaintiffs respectfully request this Court to enter the consent judgment attached hereto.

                Respectfully submitted,

                /s/ Jonathan D. Karmel
                Jonathan D. Karmel
                Attorney for Plaintiffs

THE KARMEL LAW FIRM
221 North LaSalle Street
Suite 1307
Chicago, IL 60601
(312) 641-2910

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN M. POWELL, BRIAN JORDAN, JAMES V. MORGAN, JOHN DOUGHTERY, KENNETH R. BOYD, TERRY KRAMER, as Trustees on behalf of UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND,<br><br>            Plaintiffs,<br><br>v.<br><br>DONNA KENDALL,<br>            Defendant. | Case No. 10-6201 |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 29, 2010, the foregoing Notice of Motion and Motion for Entry of Consent Judgment was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

Respectfully submitted,

/s/ Jonathan D. Karmel
Jonathan D. Karmel
Attorney for Plaintiffs,

THE KARMEL LAW FIRM
221 North LaSalle Street
Suite 1307
Chicago, IL 60601
(312) 641-2910

Motion for Entry of Consent Judgment